204 F.2d 691
 Samuel DE DEION,
v.
UNITED STATES of America.
 No. 4662.
 United States Court of Appeals Tenth Circuit.
 May 5, 1953.
 
 Clay Buchanan, Albuquerque, N.M., and Fred R. Walker, Detroit, Mich., for appellant.
 Maurice Sanchez, U.S. Atty., and Edward E. Triviz, Asst. U.S. Atty., Albuquerque, N.M., for appellee.
 Before PHILLIPS, Chief Judge, and KNOUS, District Judge.
 PER CURIAM.
 
 
 1
 Appeal dismissed on motion of appellee, appellant consenting thereto.